UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Jose Julian GONZALEZ-De Dios,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Docket No. '25 MJ2500<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about May 12, 2025, within the Southern District of California, defendant Jose Julian GONZALEZ-De Dios, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 13, 2025.

HON. STEVE B. CHU
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jose Julian GONZALEZ-De Dios

**PROBABLE CAUSE STATEMENT**

On May 12, 2025, Border Patrol Agent W. Bevans, was conducting assigned duties in the Campo Border Patrol Station Area of Responsibility.

Agent Bevans was on foot searching for suspected illegal individuals who entered the night prior near an area known to Border Patrol Agents as "Cowboy Camp." This area is commonly used by illegal individuals to further their illegal entry into the United States. Agent Bevans followed footprints and encountered four individuals concealing themselves in brush wearing camouflage clothing, two of which were later identified as defendant Jose Julian GONZALEZ-De Dios and Jose Sergio CHAVEZ (charged elsewhere). Agent Bevans identified himself as a Border Patrol Agent and performed an immigration inspection. All four individuals, including GONZALEZ, stated they were citizens of Mexico without immigration documentation that would allow them to enter or remain in the United States legally. At approximately 9:16 AM, Agent Bevans placed GONZALEZ under arrest. The location of this apprehension took place approximately 5 miles north of the United States/Mexico International Border and is approximately 7 miles east of the Tecate Port of Entry.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on May 11, 2025, with an intended destination of Reno, Nevada.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 28, 2025 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.